# Sixth District Court of Appeal
## State of Florida

———————————————

Case No. 6D2023-1109
Lower Tribunal No. 2021CA-003272-0000-00

———————————————

Duane M. Cottier,

Appellant,

v.

Robert E. Sanger, III, Amanda Sanger, High Tower Roofing & Contracting, LLC, d/b/a High Tower Roofing, SRS Distribution, Inc., d/b/a Suncoast Roofers Supply, and Ron Miller,

Appellees.

———————————————

Appeal from the Circuit Court for Polk County.
Larry Helms, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.

Duane M. Cotter, South Bay, pro se.

Jennifer E. Jones, of McIntyre Thanasides Bringgold Elliot Grimaldi Guito & Matthews, P.A., Tampa, for Appellees, Robert E. Sanger, III, Amanda Sanger, and High Tower Roofing & Contracting, LLC, d/b/a High Tower Roofing.

Robert E. Burguieres, of Arnold & Burguieres - Robert E. Burguieres, P.A., St. Petersburg, for Appellees, SRS Distribution, Inc., d/b/a Suncoast Roofers Supply and Ron Miller.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED